**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **RICHARD WILSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. CV 08-00053 AJW** |
| | ) | |
| **v.** | ) | **J U D G M E N T** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of the Social** | ) | |
| **Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

    **IT IS ADJUDGED** that the Commissioner's decision is reversed, and the case is remanded for an award of benefits consistent with this memorandum of decision.

DATED: November 14, 2008

_____
ANDREW J. WISTRICH
United States Magistrate Judge