# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

**RICHARD WILSON,**

        **Plaintiff,**

        v.

**MICHAEL J. ASTRUE,**
**Commissioner of the Social**
**Security Administration,**

        **Defendant.**

Case No. CV 08-00053 AJW

**Amended**
**J U D G M E N T**

**IT IS ADJUDGED** that the Commissioner's decision is reversed, and the case is remanded for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

DATED: November 14, 2008

_____
ANDREW J. WISTRICH
United States Magistrate Judge